# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **PEOPLE OF THE VIRGIN ISLANDS,** | ) | Criminal No. 3:13-010-01 |
| | ) | |
| v. | ) | |
| | ) | |
| **ROLAND MURRELL, JR.,** | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## JUDGMENT AND COMMITMENT

On October 10, 2013, the government appeared through Assistant United States Attorney Nelson Jones. Defendant Roland Murrell, Jr. appeared in person and with counsel, Clive Rivers, Esquire.

The defendant, having pleaded Not Guilty to the charges in the Indictment and having demanded a jury trial, proceeded to trial on July 2nd, 3rd and 5th, 2013. On July 5, 2014, the jury found the defendant GUILTY of Count 8, Attempted First Degree Murder, a violation of Title 14, V.I.C.§§ 921, 922(a)(1),331, and 11(a); Count 9, Using an Unlicensed Firearm During the Commission of an Attempted Murder, a violation of Title 14, V.I.C. § 2253(a); Count 11, First Degree Assault, with intent to commit Murder, a violation of Title 14, V.I.C. §§ 295(1) and 11(a); Count 12, First Degree Assault, with intent to commit Robbery, a violation of Title 14, V.I.C. §§ 295(3) and 11(a); Count 13, Using an Unlicensed Firearm During the Commission of a First Degree Assault, a violation of Title 14, V.I.C.§2253(a); Count 15, First Degree Robbery, a violation of Title 14, V.I.C. §§ 1861,1862(1) and 11(a); Count 16, Using an Unlicensed Firearm During the Commission of a Robbery, a violation of Title 14, V.I.C. § 2253(a); and Count 18, Conspiracy to commit Robbery, a violation of Title 14, V.I.C. §§ 551(1) and 552.

It is ADJUDGED that, the defendant has been convicted upon the offenses of Count 8, Attempted First Degree Murder, a violation of Title 14, V.I.C.§§ 921, 922(a)(1),331, and 11(a); Count 9, Using an Unlicensed Firearm During the Commission of an Attempted Murder, a

violation of Title 14, V.I.C. § 2253(a), Count 11, First Degree Assault with intent to commit Murder, a violation of Title 14, V.I.C. §§ 295(1) and 11(a); Count 12, First Degree Assault, with intent to commit Robbery, a violation of Title 14, V.I.C. §295(3) and 11(a); Count 13, Using an Unlicensed Firearm During the Commission of a First Degree Assault, a violation of Title 14, V.I.C. §2253(a); Count 15, First Degree Robbery a violation of Title 14, V.I.C. §§ 1861,1862(1) and 11(a); Count 16, Using an Unlicensed Firearm During the Commission of a Robbery, a violation of Title 14, V.I.C. § 2253(a); and Count 18, Conspiracy to commit Robbery, a violation of Title 14, V.I.C. §§ 551(1) and 552.

This matter was referred to the U.S. Probation Office for a pre-sentence investigation report, which has been filed with the Court. Further, the defendant was given an opportunity to make a statement on his own behalf. There being no legal cause why sentence should not be pronounced and no sufficient cause to the contrary being shown or appearing to the Court. Accordingly, it is

ORDERED that the defendant is hereby committed to the custody of Bureau of Corrections of the Virgin Islands for a general term of Fifteen (15) years on Counts 9, 13, and 16, to be served consecutively to the terms of imprisonment imposed on the remaining local counts 8,11,12,15, and 18; Fifteen (15) years as a general sentence on Counts 8, 11, and 12; Fifteen (15) years on Count 15 and Five (5) years on Count 18. The general term on Counts 15 and 18 are to be served concurrently with the general term imposed on Counts 8, 11, and 12, and consecutively to the general term of imprisonment imposed on Counts 9, 13, and 16.

IT IS FURTHER ORDERED that during incarceration, the defendant shall enroll in some course of study. It can be vocational, technical, or college preparatory.

IT IS FURTHER ORDERED that the federal sentence imposed on Count 4, shall be served first. Within 72 hours of release from the custody, the defendant shall report to the United States Probation Office in the District Court of the Virgin Islands to serve a five (5) year term of supervised release, as imposed on the federal offenses.

IT IS FURTHER ORDERED that the defendant shall pay a fine of Twenty Five Thousand ($25,000.00) dollars on count 9. The fine shall be due and is payable immediately.

IT IS FURTHER ORDERED that the Clerk shall deliver a certified copy of this judgment and commitment to the Virgin Islands Bureau of Corrections, and that copy shall serve as the commitment of the defendant.

Entered this __14th__ day of __August__ 2014.

CURTIS V. GÓMEZ, DISTRICT JUDGE